

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 4:14-MJ-17 |
| | ) | (Misdemeanor) |
| MICHAEL WHITE | ) | VA 19 |
| | ) | |
| | ) | Court Date: January 31, 2014 |
| | ) | Time: 8:30 a.m. |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor) – Ticket No. 3458107

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 21, 2014, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, MICHAEL WHITE, did knowingly and unlawfully operate a motor vehicle while under the influence of alcohol while his blood content level was at least .08 grams per 210 liters of breath but not greater than .15 grams per 210 liters of breath, to wit: while his blood alcohol content was .13 grams per 210 liters of breath. This is a second offense within five years. The defendant was previously convicted of driving under the influence of alcohol on March 22, 2013 in the General District Court for the City of Norfolk, Virginia, for an offense occurring on January 9, 2013. (In violation of Title 18, United States Code, Sections 7 and 13, assimilating Title 18.2 Code of Virginia, Section 266 and 270(A).)

<u>COUNT TWO</u>
(Misdemeanor) – Ticket No. 3458108

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about January 21, 2014, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, MICHAEL WHITE, did unlawfully operate a motor vehicle when his license was suspended for a prior driving under the influence of alcohol conviction. (In violation of Title 18, United States Code, Sections 7 and 13, assimilating Title 18.2 Code of Virginia, Section 272.)

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By: *[signature]*
REBECCA F. BEDFORD
Va State Bar No. 80435
Attorney for the Government
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Va 23606
Phone: (757) 441-6331
Fax: (757) 441-3205
rebecca.f.bedford.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on Jan 24, 2013, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant MICHAEL WHITE.

*Rebecca F. Bedford*
REBECCA F. BEDFORD
Va State Bar No. 80435
Attorney for the Government
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Va 23606
Phone: (757) 441-6331
Fax:  (757) 441-3205
rebecca.f.bedford.mil@mail.mil