Case Number: 4:14MJ00017-001
Defendant's Name: WHITE, MICHAEL

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Newport News Division



FILED IN OPEN COURT
SEP - 8 2014
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

UNITED STATES OF AMERICA

v.   Case Number: 4:14MJ00017-001

MICHAEL WHITE

Defendant's Attorney: Rodolfo Cejas, AFPD

Defendant.

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 1. Count 2 was dismissed with prejudice on government motion.

Accordingly, the defendant is adjudged guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 18 USC 7&13, assim. Code of Va. 18.2-266 and 270(A) | Driving Under the Influence of Alcohol | Misdemeanor | 1/21/14 | 1 |

As pronounced on September 8, 2014, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

IT IS FURTHER ORDERED that the defendant is prohibited from operating a motor vehicle for a period of ONE (1) YEAR in the special maritime and territorial jurisdiction of the United States pursuant to 18 U.S.C. 13(b)(1).

Signed this 8th day of September, 2014.

_____
Lawrence R. Leonard
United States Magistrate Judge

Case Number: 4:14MJ00017-001
Defendant's Name: WHITE, MICHAEL

# PROBATION

The defendant is hereby placed on probation for a term of ONE YEAR.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of probation.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and periodic drug tests thereafter, as determined by the court.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the standard conditions that have been adopted by this court set forth below:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

| | |
|---|---|
| Case Number: | 4:14MJ00017-001 |
| Defendant's Name: | WHITE, MICHAEL |

# SPECIAL CONDITIONS OF SUPERVISION

While on probation pursuant to this Judgment, the defendant shall also comply with the following additional special conditions:

1. Defendant is prohibited from operating a motor vehicle on a public highway for a period of ONE YEAR.
2. Defendant shall participate in an alcohol education treatment program as directed by the Probation Office.
3. Defendant shall serve THIRTY DAYS confinement as directed by the Probation Office, with credit for time served.

Case Number: 4:14MJ00017-001
Defendant's Name: WHITE, MICHAEL

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties.

| Count | Assessment | Fine |
|---|---|---|
| 1 | $25.00 | $500.00 |
| **TOTALS:** | **$25.00** | **$500.00** |